# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

128618

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROYAL McGUIRE, Personal Representative
of the ESTATE OF MINNIE McGUIRE,
       Plaintiff-Appellant,

v

HARRY J. WASVARY, M.D.,
       Defendant-Appellee,

and

WILLIAM BEAUMONT HOSPITAL,
       Defendant.

SC: 128618
COA: 248309
Oakland CC: 2002-043598-FH

_____/

      By order of November 9, 2005, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals was held in abeyance pending the decisions in *Woodard v Custer* (Docket Nos. 12494-95) and *Hamilton v Kuligowski* (Docket No. 126275). On order of the Court, the consolidated cases having been decided on July 31, 2006, 476 Mich 545 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

p1023